[No. 34354-8-I.     Division One.     April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. EUGENE
MATTHEW CATER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-00162-7, Deborah Fleck, J., entered March 28, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 35056-1-I.     Division One.     April 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL L.
LYNN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07489-8, Arthur E. Piehler, J., entered August 8, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 33980-0-I.     Division One.     April 24, 1995.]

MATTHEW HELD, ET AL, *Appellants*, v. VIGILANT
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-06938-5, J. Kathleen Learned, J., entered December 16, 1993. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Becker, JJ.